FILED
2024 DEC 11 A 11:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF ALABAMA
BIRMINGHAM DIVISION

4:24 cv 1706 ACA/JHE

TERRY FLUKER,                    NO:
                                 WRIT OF HABEAS CORPUS
        PETITIONER,
                                 28 USC 2241

VERSUS

JONATHAN W. HORTON,

        RESPONDENT

PRETRIAL WRIT OF HABEAS CORPUS
BRIEF IN SUPPORT
JOINT APPENDIXES AND ORDERS

BY: TERRY FLUKER              FOR: STEVEN MARSHALL
IN PROPRIA PERSONA            ALABAMA ATTORNEY GENERAL
827 FORREST AVE               501 WASHINGTON AVE
GADSDEN, AL 35901             P.O. BOX 300162
                              MONTGOMERY, AL 36130

---

PETITION FOR WRIT HABEAS CORPUS

---

I. PARTIES

1. TERRY FLUCKER ("PETITIONER" HEREAFTER) IS UNLAWFULLY IMPRISONED BASED ON A JUDGMENT IN THE STATE COURT PROCEEDING.

2. JONATHAN W. HORTON ("RESPONDENT" HEREAFTER) IS THE CUSTODIAN OF SAID IMPRISONMENT LOCATED AT 827 FORREST AVE, GADSDEN AL 35901

II. JURISDICTION / VENUE

3. THE PETITIONER'S CUSTODY AND IMPRISONMENT IS UNLAWFULLY PURSUANT TO THE US CONST. AMEND V, VI, VIII, AND XIV.

4. JURISDICTION VESTS PURSUANT TO 28 USC §2241(6)(3), 28 USC §1331, 28 USC 2241(c)(3)

5. THE PARTIES AND CAUSES OF ACTION COMMENCED WITHIN THIS DISTRICT VENUE IS PROPER PURSUANT TO 28 USC §1391(A)(1), (6)(1), AND (6)(2)

III. EXHAUSTION OF REMEDIES   28 USC § 2254(b)(1)(A)

6. IN ORDER TO OBTAIN RELIEF COMITY AND FEDERALISM MANDATE THAT THE PETITIONER EXHAUST ANY AVAILABLE STATE COURT 28 USC § 2254(b)(1)(A)

7. THE STATE OF ALABAMA HAS HAD A FULL OPPORTUNITY TO RESOLVE THE FEDERAL CONSTITUTIONAL ISSUES INVOLVED.

8. THE PETITIONER FILED WRITS OF HABEAS CORPUS CHALLENGING BOTH THE DENIAL OF BAIL AND THE SPEEDY TRIAL CLAIM.

9. THOSE PETITIONS WERE DESIGNATED BY ETOWAH COUNTY DOCKET NO: CV 2024-000 87.00 AND CV 2024-000 91.00 (SEE JOINT APPENDIX)

10. THOSE PETITIONS WERE SUMMARILY DENIED WITHOUT "ANY ADJUDICATION" ON THE MERITS.

11. THE PETITIONER LODGED HIS CLAIM OF APPEAL TO THE ORDERS THE PROCEEDING DAY AFTER DENIAL.

12. APPEARENTLY, THOSE NOTICES WERE INTERSCEPTED BY THE ETOWAH COUNTY SHERIFFS OFFICE.

13. THE PETITIONER THEN SUBMITTED WRITS OF HABEAS CORPUS CHALLENGING THE BOND AND SPEEDY TRIAL DENIALS. THE ALABAMA COURT OF APPEALS ASSIGNED THE MATTERS CR 24-0690 AND 24-CR-0362 (SEE JOINT APPENDIX)

14. ON AUGUST 23, 2024, IN CR 2024-0362 THE COURT DISMISSED THE WRIT AFTER PRISON OFFICALS REFUSED TO COPY THE PLEADING.

15. THE COURT OF APPEAL NEVER ADJUDICATED CR 2024-0690. (SEE APPENDIX)

16. ON NOVEMBER 13, 2024, THE PETITIONER CAUSED TO TRANSMIT A WRIT OF HABEAS CORPUS TO ALABAMA SUPREME COURT (SEE APPENDIX)

17. THE PETITIONER ALSO PRESUMES THAT THAT BRIEF WAS ALSO INTERCEPTED AND UN-FILED.

IV. UNAVAILABLE / EXTERNAL IMPEDIMENTS

18. THE PETITIONER SUGGESTS THAT HE HAS EXHAUSTED ANY "AVAILABLE REMEDIES" AND PRESENTED HIS CLAIMS FAIRLY.

19. THE PETITIONER ALSO AVERS THE STATE, VIA WILLFUL AND INTENTIONAL MISCONDUCT, IS THEN ENGAGED IN WHOLESALE MAIL FRAUD.

20. THE MAIL FRAUD CONSTITUTES "CAUSE" AND AN "EXTERNAL IMPEDIMENT FOR THE FAILURE, ALBEIT THEIR BE ANY, FOR THE FAILURE TO EXHAUST.

21. THE STATE HAS DENIED THE AVAILABILITY OF A PRETRIAL REMEDY.

IV. ADJUDICATION OF CLAIMS

22. THE RECORD REFLECTS THE STATE COURT ORDER REJECTED THE CLAIMS WITHOUT OPINION.

23. THE COURT OF APPEAL SUMMARILY AFFIRMED THE ORDER WITHOUT OPINION (SEE APPENDIX)

24. THE ALABAMA SUPREME COURT DENIED TO HEAR THE MATTER.

25. THE REJECTION OF HIS CLAIMS SUMMARILY WAS CONTRARY TO AND AN USURPATION BEING UNREASONABLE AS WELL; TO CLEARLY ESTABLISHED UNITED STATES PRECEDENTS BY THE UNITED STATES SUPREME COURT.

26. THE US CONST AMEND VIII PROHIBITS EXCESSIVE BAIL AND BARS CRUEL AND UNUSUAL PUNISHMENT.

27. THE US CONST AMEND V, VI, XIV GUARANTEES A SPEEDY TRIAL.

28. DUE PROCESS MAKES THOSE AFOREMENTIONED PRECEPTS APPLICABLE TO ALABAMA US CONST AMEND XIV

WHEREFORE, THE FAILURE TO GRANT THE SPEEDY TRIAL IS AN UNREASONABLE AND CONTRARY APPLICATION OF CLEARLY ESTABLISHED UNITED STATES SUPREME COURT PRECEDENTS.

THE FAILURE TO GRANT BAIL IS BOTH A CONTRARY AND UNREASONABLE APPLICATION OF CLEARLY ESTABLISHED PRECEDENTS.

THE WRIT SHOULD ISSUE

DATED: 12/4/24

RESPECTFULLY,

*Terry Fluker* (signature)
TERRY FLUKER

TERRY FLUKER
827 FORREST AVE
GADSDEN, AL 35901

CLERK OF COURT
UNITED STATES DISTRICT COURT
1729 5TH AVENUE
BIRMINGHAM, AL 35203

SECURITY
DEC 11 2024
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA